| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 20 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: HEARTWISE, INC.,

           Debtor.

------------------------------

VITAMINS ONLINE, INC.,

           Appellant,

  v.

HEARTWISE, INC.; MAGLEBY, CATAXINOS & GREENWOOD, P.C.,

           Appellees.

No. 22-60060

BAP No. 22-1089

ORDER

Before: PAEZ and FORREST, Circuit Judges.

     Appellant's opposed motion for summary disposition under Ninth Circuit Rule 3-6(a)(1) (Docket Entry No. 15) is denied without prejudice to renewing the arguments in the opening brief.

     The opening brief is now due May 24, 2023. The answering brief is due June 23, 2023. The optional reply brief is due within 21 days after service of the last-served answering brief.

MKS/MOATT